ERIC GRANT
United States Attorney
Zachary Malinski
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARKRISHAN SINGH, | CASE NO.  1:26-CV-00246-DC-JDP |
| Petitioner, | STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR HABEAS CORPUS |
| v. | |
| CHRISTOPHER CHESTNUT, ET AL., | |
| Respondents. | |

Petitioner Harkrishan Singh and Respondents, by and through their attorneys of record, hereby stipulate as follows:

1.    On January 13, 2026, Petitioner filed a Petition for Writ of Habeas Corpus and Motion for Temporary Restraining Order. ECF 1 and 2.

2.    On January 15, 2026, Respondents filed an Opposition to Petitioner's Preliminary Injunction request. ECF 6.

3.    On January 15, 2026, the Court granted Petitioner's request for a Temporary Restraining Order and issued a Preliminary Injunction on the same terms. In granting this relief, the Court ordered Petitioner's immediate release from immigration custody.  ECF 7.  Petitioner was subsequently released from ICE custody.

4.    On January 15, 2026, this Court directed the parties to meet and confer for the purpose of submitting a joint proposed briefing schedule in this case. ECF 8. The parties have met and conferred.

STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE

1

5.    Respondents assert that Petitioner's Habeas Petition is moot in light of his release from ICE custody.

6.    Petitioner wishes to proceed with litigation on the Habeas Petition.

7.    The parties propose the following briefing schedule:

a)    Respondents shall file a response, or Motion to Dismiss, to Petitioner's Habeas Petition by end-of-day on March 17, 2026.

b)    Petitioner shall file a reply, if any, by end-of-day on April 1, 2026.

IT IS SO STIPULATED.

Dated:  January 16, 2026

ERIC GRANT
United States Attorney


/s/ *Zachary Malinski*
Zachary Malinski
Assistant United States Attorney


Dated:  January 16, 2026

/s/ *Simran Kaur*
Simran Kaur
Counsel for Petitioner


## [PROPOSED] ORDER

IT IS SO ORDERED.


Dated:    January 20, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE


STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE

2