UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARKRISHAN SINGH,

            Petitioner,

     v.

CHRISTOPHER CHESTNUT, *et al.*,

            Respondents.

Case No.  1:26-cv-00246-DC-JDP (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 11, 14)

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On May 1, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 14.  Respondents filed objections to the findings and recommendations.  ECF No. 15.  In their objections, Respondents merely state that they object "[f]or the reasons set forth in Respondents' previous briefing."  ECF No. 14.  However, those arguments were addressed and rejected by the magistrate judge and by the undersigned in this case.  *See* ECF No. 7.  Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be

1

supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 1, 2026, ECF No. 14, are ADOPTED;

2. The petition for writ of habeas corpus, ECF No. 1, is GRANTED;

3. Respondents' motion to dismiss, ECF No. 11, is DENIED;

4. The preliminary injunctive relief previously granted, ECF No. 7, is permanent.  This order does address the circumstances in which respondents may detain petitioner in the event petitioner becomes subject to an executable final order of removal, and petitioner receives notice of that final order of removal; and

5. The Clerk of the Court is ordered to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **June 4, 2026**                                    _____

Dena Coggins
United States District Judge